ARNOLD v. WILDS *et al.*

*Wise v. Wilds, ante,* p. 586, followed, which see.

*Appeal from Jones District Court.* — HON. J. H. PRESTON, Judge.

FILED, MAY 20, 1889.

ACTION on the official bond of the defendant Wilds, as sheriff, alleging a breach thereof. There was a judgment for the defendants, and the plaintiff appeals.

*W. C. Gregory, Graham & Cady* and *Sheean & McCarn,* for appellant.

*Ellis & McCoy, Ezra Keeler* and *Remley & Ercan-brack,* for appellees.

GRANGER, J.—The issues and facts in this case are so nearly identical with the issues and facts in the case of Wise against the same defendants (*ante,* p. 586) that it is controlled by the law as therein announced, and the judgment of the district court is

AFFIRMED.